DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JENNIFER LOUISSAINT,**
Appellant,

v.

**DEUTSCHE BANK TRUST COMPANY OF AMERICAS, LAW OFFICE OF BEVERLY ANN LINTON DAVIS,** and **HERMAN COOTE,**
Appellees.

No. 4D2023-0155

[November 16, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE11-010565.

Jennifer Louissaint, Hollywood, pro se.

No appearance for appellees.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***